IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOANN BOOKER,** | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0005-CG-M |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Social Security Commissioner,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 20th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE