IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOANN BOOKER,** | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0005-CG-M |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Social Security Commissioner,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner to deny plaintiff's claim for Supplemental Security Income be **AFFIRMED**, and this action be **DISMISSED**.

**DONE and ORDERED** this 20th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE